**Fill in this information to identify the case:**

Debtor name **Vantage Point Corporation**

United States Bankruptcy Court for the: EASTERN DISTRICT OF WISCONSIN

Case number (if known) **25-21737-rmb**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **April 23, 2025**          X **/s/ Nicholas Preuss**
                                        Signature of individual signing on behalf of debtor

                                        **Nicholas Preuss**
                                        Printed name

                                        **President and Chief Operating Officer**
                                        Position or relationship to debtor

Official Form 202          Declaration Under Penalty of Perjury for Non-Individual Debtors

Fill in this information to identify the case:

Debtor name  **Vantage Point Corporation**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF WISCONSIN

Case number (if known)  **25-21737-rmb**

☐ Check if this is an
  amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

■ No.  Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

11b. Over 90 days old:  **3,500,000.00** - **3,000,000.00** =.... **$500,000.00**

face amount          doubtful or uncollectible accounts

12.     **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| | $500,000.00 |
| --- | --- |

| Part 4: | Investments |
| --- | --- |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** **Aged inventory** **Estimated value based on 75% net book** | | $180,230.00 | Liquidation | $45,000.00 |

| | | | |
|---|---|---|---|
| 23. | **Total of Part 5.** | | $45,000.00 |
| | Add lines 19 through 22. Copy the total to line 84. | | |

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** **Office chairs and desks.** **Actual FMV unknown** | Unknown | Liquidation | $1,000.00 |
| | **Additional office supplies, decor, printers, monitors.** | Unknown | Liquidation | $1,000.00 |

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software free standing racks/benches, computers, and shipping supplies.**

| | | | |
|---|---|---|---|
| Actual FMV unknown | Unknown | Liquidation | $2,000.00 |
| Datacenter equipment: servers, firewall, and witch/hub. | Unknown | Liquidation | $1,000.00 |
| Fulfillment software | Unknown | N/A | Unknown |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| |
|---|
| $5,000.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☑ No. Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| | | | |

60. **Patents, copyrights, trademarks, and trade secrets**

61. **Internet domain names and websites** vpci.com; vpcinnovations.com; and multiple variations thereof

| | | | |
|---|---|---|---|
| | | Unknown | N/A | Unknown |

62.    **Licenses, franchises, and royalties**

63.    **Customer lists, mailing lists, or other compilations**
      **Customer lists**       **Unknown**       **Unknown**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**       **$0.00**

      Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

      ■ No
      ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

      ■ No
      ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

      ■ No
      ☐ Yes

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
      Include all interests in executory contracts and unexpired leases not previously reported on this form.

      ☐ No.  Go to Part 12.
      ■ Yes Fill in the information below.

                                                Current value of
                                                debtor's interest

71.    **Notes receivable**
      Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
      Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**
      **UCC violations, breaches of good-faith and fair dealing, intentional interference, any other claim arising from 9-406 notice to Amazon.**       **Unknown**

      Nature of claim       **Lender liability**
      Amount requested       **$0.00**

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.     **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

| $0.00 |
| --- |

79.     **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No

☐ Yes

Debtor **Vantage Point Corporation**
Name

Case number *(If known)* **25-21737-rmb**

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $500,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $45,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $5,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $550,000.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $550,000.00 |

| Fill in this information to identify the case: |
|---|
| Debtor name **Vantage Point Corporation** |
| United States Bankruptcy Court for the: EASTERN DISTRICT OF WISCONSIN |
| Case number (if known) **25-21737-rmb** |

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

### Part 1:  List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | **Braavo /Huntington** | Describe debtor's property that is subject to a lien | **$200,000.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**127 West 26th Street, 12th Floor**
**New York, NY 10023**

Creditor's mailing address          Describe the lien

                                     **Is the creditor an insider or related party?**

Creditor's email address, if known  ■ No
                                     ☐ Yes

**Date debt was incurred**          **Is anyone else liable on this claim?**
                                     ☐ No
                                     ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**    **As of the petition filing date, the claim is:**
                                                                    Check all that apply
■ No                                                                 ☐ Contingent
☐ Yes. Specify each creditor, including this creditor and its relative priority.    ☐ Unliquidated
                                                                    ■ Disputed

| 2.2 | **Crescendo ACS Funding, LLC** | Describe debtor's property that is subject to a lien | $3,000,000.00 | $500,000.00 |
|---|---|---|---|---|

Creditor's Name                     **Over 90 days old: Amazon accounts receivable (Amount collectable unknown)**

**501 Madison Ave., Ste. 402**
**New York, NY 10022**

Creditor's mailing address          Describe the lien
                                    **UCC-1 security interest**
                                    **Is the creditor an insider or related party?**
**gmk@krasnalw.com**                ■ No
                                    ☐ Yes
Creditor's email address, if known  **Is anyone else liable on this claim?**
                                    ☐ No
**Date debt was incurred**          ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**    **As of the petition filing date, the claim is:**
                                                                    Check all that apply

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**1. Crescendo ACS Funding, LLC**
**2. De Lage Landen Financial Services, Inc.**
**3. Ingram Micro Inc.**
**4. TD Synnex Corporation**
**5. Sellers Funding Corp. d/b/a SellersFI**

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.3 | **De Lage Landen Financial Services, Inc.** | | |
|---|---|---|---|

Creditor's Name

**1111 Old Eagle School rd.**
**Wayne, PA 19087**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.2**

**Describe debtor's property that is subject to a lien**      **$399,933.51**      **$500,000.00**
**Over 90 days old: Amazon accounts receivable (Amount collectable unknown)**

**Describe the lien**
**UCC-1 security interest**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.4 | **DMKA LLC** | | |
|---|---|---|---|

Creditor's Name

**345 7th Ave., Suite 801**
**New York, NY 10010**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**      **$0.00**      **$0.00**

**Describe the lien**
**UCC-1 security interest**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Dynasty Capital 26** | | |
|---|---|---|---|

**Describe debtor's property that is subject to a lien**      **$92,800.00**      **$0.00**

Creditor's Name

**c/o Concora Credit**
**PO Box 4477**
**Beaverton, OR 97076-4477**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

�True�False **No**
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐True☐False **No**

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐True☐False **No**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐True☐False Disputed

---

| 2.6 | **Essendant Co.** | **Describe debtor's property that is subject to a lien** | **$137,965.46** | **$0.00** |

Creditor's Name

**801 Adlai Stevenson Dr.**
**Springfield, IL 62703**
Creditor's mailing address

**Describe the lien**
**UCC-1 security interest**

**Is the creditor an insider or related party?**

☐True☐False **No**
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ **No**

**Date debt was incurred**

☐True☐False Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐True☐False **No**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐True☐False Disputed

---

| 2.7 | **FedEx Corporate Services, Inc.** | **Describe debtor's property that is subject to a lien** | **$97,453.41** | **$0.00** |

Creditor's Name
**Default judgment**

**924 South Shady Grove Road**
**Memphis, TN 38120**
Creditor's mailing address

**Describe the lien**
**UCC-1 security interest**

**Is the creditor an insider or related party?**

☐True☐False **No**
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐True☐False **No**

**Date debt was incurred**
**5/13/2024**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

---

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.8 | **First Citzens Community Bank**<br><sub>Creditor's Name</sub><br>**Att: Current Officer**<br>**1163 South Main Street**<br>**Mansfield, PA 16933-1507**<br><sub>Creditor's mailing address</sub><br><br><br><sub>Creditor's email address, if known</sub><br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number** | Describe debtor's property that is subject to a lien<br><br><br><br>Describe the lien<br>**UCC-1 security interest**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $286,060.12 | $0.00 |
|---|---|---|---|

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.9 | **Fsanara Securititisation S.A.**<br><sub>Creditor's Name</sub><br>**36-38 Grand Rue**<br>**Grand Duchy of**<br>**Luxembourg L-1660   LUX**<br><sub>Creditor's mailing address</sub><br><br><br><sub>Creditor's email address, if known</sub><br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number** | Describe debtor's property that is subject to a lien<br><br><br><br>Describe the lien<br>**UCC-1 security interest**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $0.00 | $0.00 |
|---|---|---|---|

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.10 | **G&G Funding, LLC** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|

---

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 4 of 9

Creditor's Name

**Att: Current Officer**
**57 West 57th Street, 4th**
**Floor**
**New York, NY 10019**

Creditor's mailing address

**Describe the lien**
**UCC-1 security interest**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 1 | **Ingram Micro Inc.** | Describe debtor's property that is subject to a lien | $750,000.00 | $500,000.00 |

Creditor's Name

**Over 90 days old: Amazon accounts receivable (Amount collectable unknown)**

**1759 Wehrle Drive**
**Buffalo, NY 14221**

Creditor's mailing address

**Describe the lien**
**UCC-1 security interest**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.2**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.1 2 | **Knight Barry Title Inc.** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |

Creditor's Name

**400 Wisconsin Ave.**
**Racine, WI 53403-1049**

Creditor's mailing address

**Describe the lien**
**UCC-1 security interest**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

---

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 5 of 9

| Debtor | Vantage Point Corporation | Case number (if known) | 25-21737-rmb |
|--------|---------------------------|------------------------|--------------|
|        | Name |  |  |

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed |

---

| 2.1 3 | Sellers Funding Corp. d/b/a SellersFI | | | $1,600,000.00 | $500,000.00 |
|---|---|---|---|---|---|
| | Creditor's Name | | | | |

**1290 Weston Road Suite 306**
**Fort Lauderdale, FL 33326**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Over 90 days old: Amazon accounts receivable (Amount collectable unknown)**

Creditor's email address, if known

**Describe the lien**
**UCC-1 security interest**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**Specified on line 2.2** | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed |

---

| 2.1 4 | Smart Business | **Describe debtor's property that is subject to a lien** | $132,500.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

**561 NE 79th Street**
**Miami, FL 33138**
Creditor's mailing address

**Describe the lien**
**UCC-1 security interest**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Date debt was incurred**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed |

---

| 2.1 5 | State of Wisconsin Dept. Workforce Dev. | **Describe debtor's property that is subject to a lien** | $0.00 | $0.00 |
|---|---|---|---|---|

---

| | |
|---|---|
| Creditor's Name | |
| **c/o Wisconsin Dept. of Justice** **PO Box 7857** **Madison, WI 53707-7857** | |
| Creditor's mailing address | Describe the lien |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

| 2.16 | **TBF GRP** | Describe debtor's property that is subject to a lien | **$261,400.00** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | | | |

| | |
|---|---|
| **460 Faraday Ave.** **Jackson, NJ 08527** | |
| Creditor's mailing address | Describe the lien **UCC-1 security interest** |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

| 2.17 | **TD Synnex Corporation** | Describe debtor's property that is subject to a lien **Over 90 days old: Amazon accounts receivable (Amount collectable unknown)** | **$337,089.69** | **$500,000.00** |
|---|---|---|---|---|
| | Creditor's Name | | | |

| | |
|---|---|
| **44201 Nobel Drive** **Fremont, CA 94538** | |
| Creditor's mailing address | Describe the lien **UCC-1 security interest** |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** **11/22/2024** | ■ No |
| **Last 4 digits of account number** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. **Specified on line 2.2** | ☐ Unliquidated ☐ Disputed |

---

**2.18**

**Wisconsin Department of Revenue**
Creditor's Name

**Attn: Bankrutpcy Notice Dept**
**819 N. 6th Street, #408**
**Milwaukee, WI 53203**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**5/13/24; 10/21/2024**
Last 4 digits of account number

| Describe debtor's property that is subject to a lien | $10,448.97 | $0.00 |
|---|---|---|

**Tax warrants**
**$2,243.24 (5/13/24)**
**$8,205.67 (10/21/24)**

**Describe the lien**
**Tax Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated ☐ Disputed |

---

**2.19**

**Wynwood Capital Group**
Creditor's Name

**20200 W Dixie Hwy**
**Miami, FL 33180**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

Last 4 digits of account number

| Describe debtor's property that is subject to a lien | $235,065.64 | $0.00 |
|---|---|---|

**Describe the lien**
**UCC-1 security interest**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated ■ Disputed |

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $7,540,716.80 |
|---|---|---|

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Gary M. Krasna, P.A.**<br>**2385 NW Executive Center Drive**<br>**Suite 100**<br>**Boca Raton, FL 33431** | Line **2.2** | |
| **Kohner, Mann & Kailas, S.C.**<br>**Att: Atty. Darrell Zall**<br>**4650 N. Port Washington Rd.**<br>**Milwaukee, WI 53212** | Line **2.17** | |
| **Kohner, Mann & Kailas, S.C.**<br>**Att: Atty. Darrell Zall**<br>**4650 N. Port Washington Rd.**<br>**Milwaukee, WI 53212** | Line **2.6** | |
| **Monetaria Group**<br>**Att: Elijah Brown**<br>**40 Wall Street, Suite 2504**<br>**New York, NY 10005** | Line **2.19** | |
| **Murphy Desomnd S.C.**<br>**c/o Atty. Alex J. Becker**<br>**33 E Main Street, Suite 500**<br>**Madison, WI 53703** | Line **2.13** | |
| **Rinehart, Scaffidi, & Rinehart LLC**<br>**1001 W. Glen Oaks Lane, Suite 111**<br>**Att: Atty. Bill Rinehart, Jr.**<br>**Thiensville, WI 53092** | Line **2.3** | |
| **Rinehart, Scaffidi, & Rinehart LLC**<br>**1001 W. Glen Oaks Lane, Suite 111**<br>**Att: Atty. Bill Rinehart, Jr.**<br>**Thiensville, WI 53092** | Line **2.7** | |
| **SellersFunding Corp.**<br>**450 Lexington Ave., 4th Floor**<br>**New York, NY 10017** | Line **2.9** | |
| **State of Wisconsin Dept. Workforce Dev.**<br>**c/o Wisconsin Dept. of Justice**<br>**PO Box 7857**<br>**Madison, WI 53707-7857** | Line **2.18** | |
| **Tech Data Corporation**<br>**5350 tech Data Drive**<br>**Clearwater, FL 33760** | Line **2.17** | |

Debtor name  **Vantage Point Corporation**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF WISCONSIN

Case number (if known)  **25-21737-rmb**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Alabama Dept. of Revenue**<br>**P.O. Box 327820**<br>**Montgomery, AL 36132** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,135.12 | $785.04 |
| | Date or dates debt was incurred | Basis for the claim:<br>**sales tax** | | |
| | Last 4 digits of account number **6740**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**Arizona Department of Revenue**<br>**P.O. Box 29086**<br>**Phoenix, AZ 85038** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,303.92 | $1,204.04 |
| | Date or dates debt was incurred | Basis for the claim:<br>**sales tax** | | |
| | Last 4 digits of account number **5845;7835**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $554.91 | $554.91 |
|-----|----------------------------------------------|-----------------------------------------------|---------|---------|

**Arkansas Dept. of Finance**
**P.O. Box 1272**
**Little Rock, AR 72203**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2SLS**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,969.57 | $12,969.57 |
|-----|----------------------------------------------|-----------------------------------------------|------------|------------|

**California Board of Equalization**
**Executive Office, MIC: 73**
**P.O. Box 942879**
**Sacramento, CA 94279-0073**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**sales tax - estimated**

Last 4 digits of account number **6900**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,596.76 | $5,382.93 |
|-----|----------------------------------------------|-----------------------------------------------|-----------|-----------|

**California Dept of Tax & Fee**
**Administrat**
**P.O. Box 942879**
**Sacramento, CA 94279**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6900**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|-----|----------------------------------------------|-----------------------------------------------|-------|-------|

**City of Denver Dept of Finance**
**201 W. Colfax Avenue**
**Denver, CO 80202**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**notice only**

Last 4 digits of account number **0037**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

| 2.7 | Priority creditor's name and mailing address<br>**City of Kenosha Treasurer**<br>**110 56th St.**<br>**Kenosha, WI 53140** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**notice only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8 | Priority creditor's name and mailing address<br>**Colorado Dept. of Revenue**<br>**P.O. Box 17087**<br>**Denver, CO 80217-0087** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $527.45 | $527.45 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**sales tax** | | |
| | Last 4 digits of account number **3SLS**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.9 | Priority creditor's name and mailing address<br>**Comptroller of Maryland**<br>**7 St. Paul Street**<br>**Baltimore, MD 21202** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $117.33 | $96.54 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **2597**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.10 | Priority creditor's name and mailing address<br>**Connecticut Dept. of Revenue**<br>**P.O. Box 5089**<br>**Hartford, CT 06102-5089** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $406.45 | $204.45 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **4830;2001**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$16.82** | **$0.00** |
|---|---|---|---|---|

**Florida Dept. of Revenue**
**1415 W US Highway 90 Ste. 115**
**Lake City, FL 32055-6156**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**sales tax**

Last 4 digits of account number **5001**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Georgia Dept. of Revenue**
**P.O. Box 105499**
**Atlanta, GA 30348**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**sales tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Idaho State Tax Commission**
**PO Box 36**
**Boise, ID 83712**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**notice only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$8,676.31** | **$6,633.00** |
|---|---|---|---|---|

**Illiinois Department of Revenue**
**PO Box 19066**
**Springfield, IL 62794-9066**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3694**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| Debtor | **Vantage Point Corporation** | Case number (if known) | **25-21737-rmb** |
|---|---|---|---|

| | Name | | |

---

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$100.00** | **$0.00** |
|---|---|---|---|---|

**Illinois Dept of Revenue**
**PO Box 19044**
**Springfield, IL 62794-9006**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**sales tax**

Last 4 digits of account number **8939**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,568.38** | **$4,105.28** |
|---|---|---|---|---|

**Indiana Dept. of Revenue**
**P.O. Box 7218**
**Indianapolis, IN 46207-7218**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**sales tax**

Last 4 digits of account number **9726**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Iowa Dept. of Revenue**
**P.O. Box 36**
**Des Moines, IA 50360-4570**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**notice only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Kansas Dept. of Revenue**
**P.O. Box 3506**
**Topeka, KS 66601-3506**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**sales tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

Name

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2,424.84 | Unknown |
|------|---|---|---|---|
| | **Kentucky Tax Commission**<br>**P.O. Box 181**<br>**Frankfort, KY 40602** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**sales tax** | | |
| | Last 4 digits of account number **9488** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,725.02 | $1,202.50 |
|------|---|---|---|---|
| | **Louisianna Dept. of Revenue**<br>**PO Box 91011**<br>**Baton Rouge, LA 70821-9011** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**sales tax and corp franchise tax**<br>**2091366-001-400** | | |
| | Last 4 digits of account number **1200;** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $8.82 | Unknown |
|------|---|---|---|---|
| | **Maine Revenue Services**<br>**PO Box 9107**<br>**Augusta, ME 04332-1065** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **0410** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $4,478.35 | $3,194.44 |
|------|---|---|---|---|
| | **Massachusetts Tax**<br>**PO Box 7089**<br>**Boston, MA 02204** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**sales tax** | | |
| | Last 4 digits of account number **7004** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.48 | Unknown |
| | **Michigan Dept. of Treasury** | *Check all that apply.* | | |
| | **PO Box 30427** | ☐ Contingent | | |
| | **Lansing, MI 48929** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **sales tax** | | |
| | Last 4 digits of account number **5485** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,363.10 | $252.00 |
| | **Minnesota Dept. of Revenue** | *Check all that apply.* | | |
| | **P.O. Box 64622** | ☐ Contingent | | |
| | **Saint Paul, MN 55164-0622** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **sales tax** | | |
| | Last 4 digits of account number **7441** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,359.93 | $7,020.56 |
| | **Mississippi Dept. of Revenue** | *Check all that apply.* | | |
| | **P.O. Box 1033** | ☐ Contingent | | |
| | **Jackson, MS 39215** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **sales tax and corporate franchise tax** | | |
| | Last 4 digits of account number **0738;3583** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,678.41 | $2,783.87 |
| | **Missouri Dept. of Revenue** | *Check all that apply.* | | |
| | **P.O. Box 3390** | ☐ Contingent | | |
| | **Jefferson City, MO 65105-3390** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **sales tax** | | |
| | Last 4 digits of account number **8764** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |

| Debtor | **Vantage Point Corporation** | Case number (if known) | **25-21737-rmb** |
|--------|------------------------------|------------------------|-------------------|
| | Name | | |

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|------|----------------------------------------------|------------------------------------------------|-------|-------|

**ND Office of State Tax Commisioner**
**600 E. Boulevard Ave.  Dept. 127**
**Bismarck, ND 58505-0552**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice only**

Last 4 digits of account number **4500**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|------|----------------------------------------------|------------------------------------------------|-------|-------|

**Nebraska Dept. of Revenue**
**PO Box 98923**
**Lincoln, NE 68509-8923**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**notice only**

Last 4 digits of account number **4763**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|------|----------------------------------------------|------------------------------------------------|-------|-------|

**Nevada Department of Taxation**
**3850 Arrowhead Drive**
**Carson City, NV 89706**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**notice only**

Last 4 digits of account number **0987**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|------|----------------------------------------------|------------------------------------------------|-------|-------|

**New Jersey Division of Revenue**
**PO Box 308**
**Trenton, NJ 08608-1214**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.31** Priority creditor's name and mailing address

**New York State Dept of Taxation/Finance Bankruptcy Section PO Box 5300 Albany, NY 12205**

Date or dates debt was incurred

Last 4 digits of account number **5845**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Sales tax**

Is the claim subject to offset?
■ No
☐ Yes

$2,814.27    $1,854.95

---

**2.32** Priority creditor's name and mailing address

**North Carolina Dept. of Revenue P.O. Box 2500 Raleigh, NC 27640-0640**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**sales tax**

Is the claim subject to offset?
■ No
☐ Yes

$6,835.91    $6,835.91

---

**2.33** Priority creditor's name and mailing address

**Ohio Department of Taxation P.O. Box 182131 Columbus, OH 43218-2131**

Date or dates debt was incurred

Last 4 digits of account number **7371**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**sales tax**

Is the claim subject to offset?
■ No
☐ Yes

$1,715.10    $669.75

---

**2.34** Priority creditor's name and mailing address

**Oklahoma Tax Commission P.O. Box 269060 Oklahoma City, OK 73126-9060**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Sales tax: FRX-14975513-06 STS-14975513-04**

Is the claim subject to offset?
■ No
☐ Yes

$150.00    $150.00

---

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,325.27 | $2,952.89 |
|---|---|---|---|---|

**Pennsylvania Dept. of Revenue**
P.O. Box 280905
Harrisburg, PA 17128-0905

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**sales tax**

Last 4 digits of account number **6488;1933**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,471.12 | $800.00 |
|---|---|---|---|---|

**Rhode Island Dvision of Taxation**
One Capital Hill
Providence, RI 02908

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales tax**

Last 4 digits of account number **8431;6430**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,498.39 | $2,227.91 |
|---|---|---|---|---|

**South Carolina Dept. of Revenue**
PO Box 100193
Columbia, SC 29202

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**sales tax**

Last 4 digits of account number **0580**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $414.08 |
|---|---|---|---|---|

**Tennessee Dept. of Revenue**
500 Deaderick Street
Andrew Jackson State Office Bldg.
Nashville, TN 37242

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**sales tax**

Last 4 digits of account number **3SLC**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| Debtor | **Vantage Point Corporation** | Case number (if known) | **25-21737-rmb** |
|---|---|---|---|
| | Name | | |

---

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $306.00 | Unknown |
|---|---|---|---|---|

**Texas Comptroller of Public Accounts**
**P.O. Box 13528**
**Capital Station**
**Austin, TX 78711**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**sales tax**

Last 4 digits of account number **5844**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $228.78 | $208.73 |
|---|---|---|---|---|

**Utah Dept. of Revenue**
**Attn: Sales & Use Dept.**
**210 North 1950 West**
**Salt Lake City, UT 84134**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**sales tax**

Last 4 digits of account number **3STC**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $201.75 | $77.12 |
|---|---|---|---|---|

**Virgnia Dept. of Taxation**
**PO Box 26627**
**Richmond, VA 23261-6627**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**sales tax**

Last 4 digits of account number **5845**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Washington DC Office of Tax and Rev.**
**1101 4th Street SW**
**Washington, DC 20024**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**notice only**

Last 4 digits of account number **9263**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $263.19 | $137.73 |
|------|---|---|---|---|
| | **Washington State Dept of Revenue**<br>**P.O. Box 47450**<br>**Olympia, WA 98504-7450** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **1014**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|------|---|---|---|---|
| | **West Virginia Dept. of Revenue**<br>**Attn: Sales & Use Tax Dept.**<br>**PO Box 2666**<br>**Charleston, WV 25330-2666** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**notice only** | | |
| | Last 4 digits of account number **4174**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $17,001.39 | $10,573.29 |
|------|---|---|---|---|
| | **Wisconsin Dept of Revenue**<br>**PO Box 930208**<br>**Milwaukee, WI 53293-0208** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**sales tax**<br>**600-1026287866-03; 200-1026287866-05;**<br>**456-1026287866-02** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|------|---|---|---|---|
| | **Wisconsin DWD- UI**<br>**PO Box 8914**<br>**Madison, WI 53708** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**1World Sync Inc.**
**300 South Riverside Plaza, Suite 1400**
**Chicago, IL 60606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Software services. Notice only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ACD Distribution**
**3129 Deming Way**
**Middleton, WI 53562**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ADOBE**
**45 Park Avenue**
**San Jose, CA 95110-2704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $550.56 |
|---|---|---|---|

**All Seasons Services, LLC**
**4509 47th Street**
**Kenosha, WI 53144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,500.00 |
|---|---|---|---|

**American Express**
**Att: Current Officer**
**200 Vesey Street**
**New York, NY 10285-3106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,715.37 |
|---|---|---|---|

**Andrews Heating & Cooling, LLC**
**3809 Galahad Ct.**
**Sturtevant, WI 53177**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,409.95 |
|---|---|---|---|

**Anixter**
**PO Box 847428**
**Dallas, TX 75284-7428**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Vantage Point Corporation** | Case number *(if known)* | **25-21737-rmb** |
|---|---|---|---|
| | Name | | |

---

**3.8**

Nonpriority creditor's name and mailing address
**ASI Partner**
**131 Fieldcrest Ave.**
**Edison, NJ 08837**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$177,855.36**

---

**3.9**

Nonpriority creditor's name and mailing address
**Berkley, Iselin & Lotz**
**1244 West Blvd.**
**Racine, WI 53405-3022**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,062.66**

---

**3.10**

Nonpriority creditor's name and mailing address
**Bluestar**
**28487 Network Place**
**Chicago, IL 60673**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice only 

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.11**

Nonpriority creditor's name and mailing address
**Capital One Financial**
**Att: Current Officer**
**1680 Capital One Drive**
**Mc Lean, VA 22102-3491**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Credit card ending 9454 

Is the claim subject to offset? ☐ No ☐ Yes

**$11,875.60**

---

**3.12**

Nonpriority creditor's name and mailing address
**CBP Investments, LLC**
**8207 22nd Avenue, Ste. 160**
**Kenosha, WI 53143**

Date(s) debt was incurred  8/19/2024 

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Default judgment 

Is the claim subject to offset? ☐ No ☐ Yes

**$34,023.31**

---

**3.13**

Nonpriority creditor's name and mailing address
**Cincinnati Insurance Company**
**6200 S Gilmore Road**
**Fairfield, OH 45014-5141**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Claim related to Mills Enterprise, LLC 

Is the claim subject to offset? ■ No ☐ Yes

**$52,500.00**

---

**3.14**

Nonpriority creditor's name and mailing address
**Citibank, N.A.**
**Att: Current officer**
**388 Greenwich Street**
**Trading Building, 3rd Floor**
**New York, NY 10013**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Costco credit card ending #3919 

Is the claim subject to offset? ■ No ☐ Yes

**$17,806.92**

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,022.01 |
|---|---|---|---|

**Citrix Systems**
**PO Box 931686**
**Atlanta, GA 31193-1686**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,785.30 |
|---|---|---|---|

**Climb Channel Solutions**
**PO Box 3826**
**Carol Stream, IL 60132-3826**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ConnectWise, LLC**
**1501 East Woodfield Rd., Ste. 113E**
**Schaumburg, IL 60173**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Notice only

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $147,217.89 |
|---|---|---|---|

**D&H Distributing**
**100 Tech Drive**
**Harrisburg, PA 17112**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,441.24 |
|---|---|---|---|

**Dell Marketing LP**
**PO Box 802816**
**Chicago, IL 60680**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dexxon Digital Storage, Inc.**
**26124 Network Place**
**Chicago, IL 60673**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Notice only

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,529.22 |
|---|---|---|---|

**Euler Hermes NA Insurance Co.**
**800 Red Brok Blvd.**
**c/o Finance Department**
**Owings Mills, MD 21117**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $436.98 |
|------|--------------------------------------------------|------------------------------------------------------------------------|---------|

**3.22**

Nonpriority creditor's name and mailing address
**Groot Industries, Inc.**
**PO Box 535233**
**Pittsburgh, PA 15253-5233**

As of the petition filing date, the claim is: *Check all that apply.*     **$436.98**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23**

Nonpriority creditor's name and mailing address
**Gurstel Law Firm.**
**6681 Country Club Drive**
**Minneapolis, MN 55427**

As of the petition filing date, the claim is: *Check all that apply.*     **$6,680.00**
☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24**

Nonpriority creditor's name and mailing address
**Huntress**
**6021 University Blvd.**
**Ellicott City, MD 21043**

As of the petition filing date, the claim is: *Check all that apply.*     **$2,772.48**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25**

Nonpriority creditor's name and mailing address
**HYG Financial Services, Inc.**
**Attn: Current Officer**
**P.O. Box 35701**
**Billings, MT 59107**

As of the petition filing date, the claim is: *Check all that apply.*     **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Equipment loan (scissorlift forklift) surrendered August/September 2024

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26**

Nonpriority creditor's name and mailing address
**InCorp**
**3773 Howard Hughes Pkwy, Ste. 500S**
**Las Vegas, NV 89169**

As of the petition filing date, the claim is: *Check all that apply.*     **$774.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27**

Nonpriority creditor's name and mailing address
**Ingram Cloud**
**3351 Michelson, Suite 100**
**Irvine, CA 92612-0697**

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Notice only

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28**

Nonpriority creditor's name and mailing address
**Jackson Lewis**
**171 17th Street, Ste. 1200**
**Atlanta, GA 30363**

As of the petition filing date, the claim is: *Check all that apply.*     **$15,301.81**
☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Vantage Point Corporation** | Case number (if known) | **25-21737-rmb** |
|---|---|---|---|
| | Name | | |

---

**3.29** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Jenne Distribution**
PO Box 639629
Cincinnati, OH 45263-9629

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Notice only__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $155,000.00

**JPMorgan Chase Bank, N.A.**
**Att: Current officer**
**270 Park Avenue**
**New York, NY 10017**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Credit cards__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $139.00

**Kenosha Fire Services**
**9116 65th Street**
**Kenosha, WI 53142**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Kenosha Joint Services**
**1000 55th St.**
**Kenosha, WI 53140**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __notice only__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Kenosha Water Utilitiy**
**4401 Green Bay Road**
**Kenosha, WI 53144**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __notice only__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,184.00

**KnowBe4**
**33 N Garden Ave. Ste. 1200**
**Clearwater, FL 33755**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,050.00

**Kutch Consulting**
**4708 Mary Drew Dr.**
**Racine, WI 53402**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Vantage Point Corporation** | Case number (if known) | **25-21737-rmb** |
|---|---|---|---|
| | Name | | |

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**LG Fulfillment**
**1102 A1A N. Ste. 205**
**Ponte Vedra Beach, FL 32082-4098**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Notice only__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Litmos**
**4140 Dublin Blvd.**
**Dublin, CA 94568**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Notice only__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mac Business Solutions, INc.**
**9057 Gaither Road**
**Gaithersburg, MD 20877**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Notice only__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,557.39 |
|---|---|---|---|

**Malwarebytes, Inc.**
**3979 Freedom Circle, 12th Floor**
**Santa Clara, CA 95054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Matthew Seaver**
**322 Mallard Ct.**
**Vernon Hills, IL 60061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2/20/2024__

Last 4 digits of account number _

Basis for the claim: __Settlement agreement__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $52,500.00 |
|---|---|---|---|

**Mills Enterprises, LLC**
**4015 80th St.**
**Kenosha, WI 53142**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,645.80 |
|---|---|---|---|

**Milwaukee Alarm Co.**
**2241 S 116th St.**
**Milwaukee, WI 53227-1007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

---

**3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,044.93
--- | --- | --- | ---

**3.43**

**Nonpriority creditor's name and mailing address**
**Mimecast North America, Inc.**
**PO Box 772609**
**Detroit, MI 48277-2609**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$3,044.93**

---

**3.44**

**Nonpriority creditor's name and mailing address**
**Nable Technologies**
**301 Edgewater Dr.**
**Wakefield, MA 01880**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,468.61**

---

**3.45**

**Nonpriority creditor's name and mailing address**
**Netwrix**
**1460 Manning Parkway**
**Powell, OH 43065**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Notice only__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.46**

**Nonpriority creditor's name and mailing address**
**New Wave Technologies**
**4635 Wedgewood Blvd. Ste. 104**
**Frederick, MD 21703**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Notice only__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.47**

**Nonpriority creditor's name and mailing address**
**On Target Pest Control**
**4916 45th Street**
**Kenosha, WI 53144**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$411.45**

---

**3.48**

**Nonpriority creditor's name and mailing address**
**Park Place Technologies**
**5910 Lauderbrook Dr., Ste. 300**
**Cleveland, OH 44124**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Notice only__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.49**

**Nonpriority creditor's name and mailing address**
**Rose & deJong S.C.**
**1134 N. 9th Street, Ste. 220**
**Att: Douglas Rose**
**Milwaukee, WI 53233**

Date(s) debt was incurred __8/9/2024__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Default judgment__

Is the claim subject to offset? ■ No ☐ Yes

**$53,364.00**

---

Case 25-21737-rmb     Doc 21     Filed 04/23/25     Page 35 of 42

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,929.25 |
|---|---|---|---|

**S.P. Richards Co.**
**622 N. Water St. 400**
**Milwaukee, WI 53202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __7/2/2024__

Basis for the claim: __Default judgment__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,000.00 |
|---|---|---|---|

**S.P. Richards Co.**
**4300 Wildwood Pkwy, Ste. 400**
**Atlanta, GA 30339**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Scansource**
**6 Logue Court**
**Greenville, SC 29615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Notice only__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,396.13 |
|---|---|---|---|

**SoftwareOne, Inc.**
**20875 Crossroads Circle, Ste. 1**
**Waukesha, WI 53186**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $91,634.01 |
|---|---|---|---|

**Stronghurst, LLC**
**4105 80th Street**
**c/o Bear Property Management**
**Kenosha, WI 53142**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __11/18/2024__

Basis for the claim: __Default judgment__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sunrise Intergration**
**6515 Sunset Blvd., Ste. 320**
**Los Angeles, CA 90028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Notice only__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Supplies Network**
**PO Box 958381**
**Saint Louis, MO 63195-8381**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Notice only__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Synergy Associates, LLC**
**550 Clydesdale Trail**
**Hamel, MN 55340**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,820.00 |
|---|---|---|---|

**System4 of Milwaukee**
**PO Box 832**
**Milwaukee, WI 53201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Uline**
**Att: Accounts Payable**
**P.O. Box 88741**
**Chicago, IL 60680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $549.73 |
|---|---|---|---|

**United Parcel Service**
**55 Glenlake Pkwy NE**
**Atlanta, GA 30328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**United States Postal Service**
**4225 101st ST.**
**Pleasant Prairie, WI 53158**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Varonis Systemsn Inc.**
**1250 Broadway, 29th Floor**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,400.00 |
|---|---|---|---|

**VERKADA**
**406 E. 3rd Ave.**
**San Mateo, CA 94401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $747.84 |
|---|---|---|---|
| | **VPP Rec Plex** <br> **9900 Terwall Terrace** <br> **Pleasant Prairie, WI 53158** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date(s) debt was incurred __** | **Basis for the claim: __** | |
| | **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

---

## Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **DC Treasurer** <br> **Sales & Use Payment Processor** <br> **1101 4th South West** <br> **Washington, DC 20024** | Line **2.42** <br> ☐ Not listed. Explain ____ | __ |
| 4.2 | **Georgia Office of Secretary of State** <br> **Corporations Division** <br> **2 Martin Luther King Jr. Dr. SE** <br> **Ste. 313 West Tower** <br> **Atlanta, GA 30334** | Line **2.12** <br> ☐ Not listed. Explain ____ | __ |
| 4.3 | **Godin Geraghty Puntill Camilli S.C.** <br> **6301 Green Bay Road** <br> **Att: Atty. Thomas Camilli, Jr.** <br> **Kenosha, WI 53142** | Line **3.12** <br> ☐ Not listed. Explain ____ | __ |
| 4.4 | **Grotefeld Hoffman** <br> **407 South Third Street, Ste. 200** <br> **Att: Atty. Michael Scola** <br> **Geneva, IL 60134** | Line **3.41** <br> ☐ Not listed. Explain ____ | __ |
| 4.5 | **Grotefeld Hoffman** <br> **407 South Third Street, Ste. 200** <br> **Att: Atty. Michael Scola** <br> **Geneva, IL 60134** | Line **3.13** <br> ☐ Not listed. Explain ____ | __ |
| 4.6 | **Hawks Quindel, S.C.** <br> **5150 North Port Washington Road** <br> **Ste. 243 Att: Connor Clegg** <br> **Milwaukee, WI 53217** | Line **3.40** <br> ☐ Not listed. Explain ____ | __ |
| 4.7 | **Minnesota Secretary of State** <br> **60 Empire Drive, Ste. 100** <br> **Saint Paul, MN 55103** | Line **2.24** <br> ☐ Not listed. Explain ____ | __ |
| 4.8 | **New Jersey Division of Taxation** <br> **3 John Fitch Way** <br> **Trenton, NJ 08611** | Line **2.30** <br> ☐ Not listed. Explain ____ | __ |
| 4.9 | **Secretary of State of North Carolina** <br> **PO Box 29622** <br> **Raleigh, NC 27626-0622** | Line **2.32** <br> ☐ Not listed. Explain ____ | __ |

| Debtor | **Vantage Point Corporation** | Case number (if known) | **25-21737-rmb** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.10 | **Terry & Nudo**<br>**600 52nd St. Ste 320**<br>**Att: Atty. Todd Terry**<br>**Kenosha, WI 53140** | Line **3.54**<br><br>☐ Not listed. Explain ____ | _ |
| 4.11 | **Wisconsin Dept. of Financial Institutio**<br>**201 West Washignton Ave., Ste. 300**<br>**PO Box 7846**<br>**Madison, WI 53707** | Line **2.45**<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:**    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 100,848.14 |
| **5b. Total claims from Part 2** | 5b.   + | $ | 977,102.80 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,077,950.94 |

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

Debtor name    **Vantage Point Corporation**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF WISCONSIN

Case number (if known)    **25-21737-rmb**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Nicholas Preuss** | **10720 32nd Avenue**<br>**Pleasant Prairie, WI 53158** | **Braavo /Huntington** | ■ D __**2.1**__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Nicholas Preuss** | **10720 32nd Avenue**<br>**Pleasant Prairie, WI 53158** | **Crescendo ACS Funding, LLC** | ■ D __**2.2**__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Nicholas Preuss** | **10720 32nd Avenue**<br>**Pleasant Prairie, WI 53158** | **De Lage Landen Financial Services, Inc.** | ■ D __**2.3**__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Nicholas Preuss** | **10720 32nd Avenue**<br>**Pleasant Prairie, WI 53158** | **Essendant Co.** | ■ D __**2.6**__<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **Nicholas Preuss** | **10720 32nd Avenue**<br>**Pleasant Prairie, WI 53158** | **First Citzens Community Bank** | ■ D __**2.8**__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | Vantage Point Corporation | Case number *(if known)* | 25-21737-rmb |
|--------|---------------------------|--------------------------|--------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | Nicholas Preuss | 10720 32nd Avenue<br>Pleasant Prairie, WI 53158 | Sellers Funding<br>Corp. d/b/a SellersFI | ■ D __2.13__<br>☐ E/F ____<br>☐ G ____ |
| 2.7 | Ryan Sorensen | 1107 Geneva National Ave. W.<br>Lake Geneva, WI 53147 | Braavo /Huntington | ■ D __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.8 | Ryan Sorensen | 1107 Geneva National Ave. W.<br>Lake Geneva, WI 53147 | Crescendo ACS<br>Funding, LLC | ■ D __2.2__<br>☐ E/F ____<br>☐ G ____ |
| 2.9 | Ryan Sorensen | 1107 Geneva National Ave. W.<br>Lake Geneva, WI 53147 | De Lage Landen<br>Financial Services,<br>Inc. | ■ D __2.3__<br>☐ E/F ____<br>☐ G ____ |
| 2.10 | Ryan Sorensen | 1107 Geneva National Ave. W.<br>Lake Geneva, WI 53147 | Essendant Co. | ■ D __2.6__<br>☐ E/F ____<br>☐ G ____ |
| 2.11 | Ryan Sorensen | 1107 Geneva National Ave. W.<br>Lake Geneva, WI 53147 | First Citzens<br>Community Bank | ■ D __2.8__<br>☐ E/F ____<br>☐ G ____ |
| 2.12 | Ryan Sorensen | 1107 Geneva National Ave. W.<br>Lake Geneva, WI 53147 | Sellers Funding<br>Corp. d/b/a SellersFI | ■ D __2.13__<br>☐ E/F ____<br>☐ G ____ |